UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>DARLENE CASE,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>SITA INFORMATION NETWORKING COMPUTING USA, INC.,<br><br>Defendant. | **Civil Action No.**<br><br>1:11-CV-02818-RLV |

## MOTION TO SUBSTITUTE EXHIBIT

To comport with this Court's *Standing Order In Re: Electronic Case Filing Standing Order No. 04-01 And Administrative Procedures*, App. H - A 10, 14-15, Plaintiff-Intervenor, Darlene Case (hereinafter, "Plaintiff"), respectfully files this *Motion to Substitute Exhibits*, as follows:

1.

Plaintiff filed her *Complaint in Intervention* on January 27, 2012. [DE 7]. Inadvertently, Plaintiff's social security number and date of birth were not redacted from Exhibit B.

2.

Upon realizing their error, Plaintiff's counsel immediately contacted the Clerk's Office and notified the Court that Plaintiff's social security number and date of birth had not been redacted from the exhibit.

3.

Plaintiff respectfully requests that the Court substitute the attached, redacted version of Exh. B to DE 7 for the un-redacted version, and that the un-redacted version be placed under seal or otherwise removed from the public record, at the Court's discretion.

Respectfully submitted, this 30th day of January, 2012.

**JOYCE THRASHER KAISER & LISS, LLC**

/s/ D. Barton Black
Kimberly A. Worth
Georgia Bar No. 500790
kworth@jtklaw.com
D. Barton Black
Georgia Bar No. 119977
bblack@jtklaw.com

*Attorneys for Plaintiff-Intervenor*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
Telephone: (404) 760-6000
Facsimile: (404)760-0225

I hereby certify that, pursuant to LR 5.1B, NDGa., the foregoing document was prepared in Times New Roman, 14pt.

/s/ *D. Barton Black*
D. Barton Black
Georgia Bar No. 119977
bblack@jtklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served Plaintiff's *Motion for Substitution of Exhibit*, using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Annette I. Idalski
Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree St., N.E., 34th Floor
Atlanta, GA 30303

James L. Cerwinski
Ottrell Ferrell Edwards
Robert K. Dawkins
Equal Employment Opportunity Commission
Atlanta District Office
100 Alabama St., S.W., Suite 4R30
Atlanta, Georgia 30303

This 30th day of January, 2012.

/s/ D. Barton Black
D. Barton Black
Georgia Bar No. 119977
bblack@jtklaw.com

**JOYCE THRASHER KAISER & LISS, LLC**
Five Concourse Pkwy., Suite 2600
Atlanta, Georgia 30328
Telephone: (404) 760-6000
Facsimile: (404) 760-0225

{00230840. }

EXHIBIT B

04/30/2010 09:57 FAX @001/001



April 14, 2010

3100 Cumberland Boulevard
Suite 200
Atlanta
Georgia 30339
USA

Darlene Case
4641 Jefferson Ridge Way
Marietta, GA 30066

COPY FOR YOUR RECORDS

Telephone:
+01 770 850 4500
Fax:
+01 770 303 3644

www.sita.aero

Dear Darlene,

We are pleased to confirm our verbal offer of employment with SITA as a Personal Assistant, (Grade 4) reporting to Brian Cook. Your initial base salary will be at the annual rate of $65,000, payable in installments on the 15th and the last day of each month. This offer is contingent upon compliance with federal employment requirements and successful background investigation. Your employment will be subject to the policies and procedures of SITA, including the at-will employment policy.

You will be eligible to participate in the SITA Incentive Rewards Program (SIRP) associated with your position, and will be subject to terms and conditions of the SIRP Program. In addition to eligibility for SIRP, you will also be eligible for other health and welfare benefits per our company policy. Your medical/dental benefits will take effect on your date of hire and you may participate in the 401(k) plan on the first day of the month following date of employment. Details regarding these benefits will be discussed during your new hire orientation.

New hire orientation is scheduled every Monday at 9:00 a.m. in the Human Resources Department conference room. On your first day of employment, please report to the receptionist desk in the main lobby of the 3100 Cumberland Blvd Building to establish your employment eligibility as well as your identity. Please be sure to bring two forms of Id to the orientation session. Parking is available in the visitor's section of the office building or across the street in the Sear's parking lot.

Please indicate your acceptance of this offer and your start date by signing below and returning this letter and the tax forms to my attention. In addition, please provide us your social security number (SSN) and date of birth (DOB) for our payroll records. We are extremely pleased that you will be joining SITA. If there is anything further I can do to assist you, please do not hesitate to call me at 770-612-2223.

Regards,

Scott Parker
HR Generalist

Read & Approved

Darlene Case        5/3/10
Signature           Start Date