**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**     )<br>)<br>**Plaintiff,**     )<br>)<br>**DARLENE CASE,**     )<br>)<br>**Plaintiff-Intervenor,**     )<br>)<br>v.     )<br>)<br>**SITA INFORMATION NETWORKING COMPUTING USA, INC.**     )<br>)<br>**Defendant.**     )<br>)<br>)     ) | **Civil Action File**<br><br>**No. 1:11-CV-02818-RLV** |

**SITA INFORMATION NETWORKING COMPUTING USA, INC.'S
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

COME NOW Defendant SITA Information Networking Computing USA, Inc. ("SITA") and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3.3, files this Certificate of Interested Persons and Corporate Disclosure Statement showing the Court as follows:

(1)     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      A.     The Equal Employment Opportunity Commission

      B.     Darlene Case

      C.     SITA Information Networking Computing USA, Inc.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      None.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

      A.     James L. Cerwinski, Ottrell Ferrell Edwards and Robert K. Dawkins for Plaintiff Equal Employment Opportunity Commission.

      B.     Kimberly A. Worth and D. Barton Black of Joyce Thrasher Kaiser & Liss, LLC for Plaintiff-Intervenor Darlene Case.

C. Annette A. Idalski and Erin P. Harris of Chamberlain Hrdlicka White Williams & Aughtry for Defendant SITA Information Networking Computing USA, Inc.

Respectfully submitted, this 17th day of February 2012.

                                                CHAMBERLAIN, HRDLICKA,
                                              WHITE, WILLIAMS & AUGHTRY

                                              */s/ Annette A. Idalski*
                                              Annette A. Idalski, Esq.
                                              Georgia Bar No. 005559
                                              Erin P. Harris, Esq.
                                              Georgia Bar No. 142415
                                              191 Peachtree Street, N.E., 34th Floor
                                              Atlanta, GA  30303
                                              Telephone:  (404) 658-5386
                                              Facsimile:   (404) 659-1852
                                              annette.idalski@chamberlainlaw.com
                                              erin.harris@chamberlainlaw.com

                                              *Counsel for Defendant SITA Information Networking Computing USA, Inc.*

# **CERTIFICATION OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that this filing complies with the type-volume requirements set forth in Local Rule 5.1. This document has been prepared in Times New Roman, 14 point font.

This 17th day of February, 2012.

                CHAMBERLAIN, HRDLICKA,
                WHITE, WILLIAMS & AUGHTRY

                */s/ Annette A. Idalski*
                Annette A. Idalski, Esq.
                Georgia Bar No. 005559
                Erin P. Harris, Esq.
                Georgia Bar No. 142415
                191 Peachtree Street, N.E., 34th Floor
                Atlanta, GA  30303
                Telephone:  (404) 658-5386
                Facsimile:   (404) 659-1852
                annette.idalski@chamberlainlaw.com
                erin.harris@chamberlainlaw.com

                *Counsel for Defendant SITA Information Networking Computing USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**    )<br>)<br>            Plaintiff,    )<br>)<br>**DARLENE CASE,**    )<br>)<br>            Plaintiff-Intervenor,    )<br>)<br>v.    )<br>)<br>**SITA INFORMATION NETWORKING COMPUTING USA, INC.**    )<br>)<br>            Defendant.    )<br>) | **Civil Action File**<br><br>**No. 1:11-CV-02818-RLV** |

**CERTIFICATE OF SERVICE**

This is to certify that on February 17, 2012, I electronically filed the foregoing **SITA INFORMATION NETWORKING COMPUTING USA, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** through the Court's CM/ECF system which will send a notice of electronic filing to:

James L. Cerwinski
Ottrell Ferrell Edwards
Robert K. Dawkins
U.S. Equal Employment Opportunity Commission
100 Alabama Street, S.W.
Suite 4R30, Atlanta Federal Center
Atlanta, GA  30303
james.cerwinski@eeoc.gov
ottrell.edwards@eeoc.gov
robert.dawkins@eeoc.gov

Kimberly A. Worth, Esq.
D. Barton Black, Esq.
Joyce Thrasher Kaiser & Liss, LLC
Five Concourse Parkway, Suite 2600
Atlanta, Georgia 30328
Telephone:  (404) 760-6000
Facsimile:  (404) 760-0225
kworth@jtklaw.com
bblack@jtklaw.com


                CHAMBERLAIN, HRDLICKA,
                WHITE, WILLIAMS & AUGHTRY

                */s/ Annette A. Idalski*
                Annette A. Idalski, Esq.
                Georgia Bar No. 005559